NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL JOHNSON LOGGING,**
*Appellant*

**v.**

**SECRETARY OF AGRICULTURE,**
*Appellee*

---

2022-1210

---

Appeal from the Civilian Board of Contract Appeals in Nos. 5089, 5619, Administrative Judge Jonathan D. Zischkau, Administrative Judge Kathleen J. O'Rourke, Administrative Judge Patricia J. Sheridan.

---

## JUDGMENT

---

KEVIN HOCHHALTER, Olympic Appeals PLLC, Lacey, WA, argued for appellant.

BRYAN MICHAEL BYRD, Civil Division, Commercial Litigation Branch, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>December 8, 2022</u>          <u>/s/ Peter R. Marksteiner</u>
Date                          Peter R. Marksteiner
                              Clerk of Court